# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MANUEL LOPEZ, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-15-1040-HE |
| | ) | |
| THE QUIKRETE COMPANIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on October 18, 2016 and this date, judgment is entered in favor of defendant The Quikrete Companies, Inc. and against plaintiffs Manual Lopez and Agustin Arriaga.

**IT IS SO ORDERED**.

Dated this 13th day of December, 2016.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE